FILED
GREAT FALLS DIV.
2008 AUG 5 PM 4 41
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL LEE HANSON, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> CASCADE COUNTY ATTORNEY'S OFFICE, et al <br><br> Defendants. | CV 08-53-GF-SEH-RKS <br><br> **FINDINGS AND RECOMMENDATIONS** |

On July 28, 2008, Plaintiffs moved to proceed in forma pauperis with this action under 42 U.S.C. 1983 (C.D. 1). Plaintiffs are proceeding pro se.

It is recommended that Plaintiffs' Motion to Proceed In Forma Pauperis (C.D. 1) should be denied without prejudice for failure to fill out the Motion to Proceed in Forma Pauperis form completely. It is also recommended that Plaintiffs pay the full filing fee of $350.00 within twenty (20) days of the denial of this motion or the Complaint should be deemed dismissed and the case closed.

Pursuant to Minetti v. Port of Seattle, 152 F. 3d 113, 114 (9th Cir. 1998), Hanson is not entitled to a ten-day period to object to this Findings and Recommendation.

1

Based on the foregoing, the Court **RECOMMENDS** that the following Order be issued by District Court Judge Sam E. Haddon.

DATED this 5 day of August, 2008.

KEITH STRONG
United States Magistrate Judge

Based upon the above Recommendation by Judge Strong, the Court issues the following:

### ORDER

1. Plaintiffs' Motion to Proceed In Forma Pauperis (Document 1) is **DENIED**.

2. Plaintiffs shall pay the full filing fee of $350.00 within twenty (20) days of this order or the Complaint should be deemed dismissed and the case should be closed.

DATED this 5th day of August, 2008.

SAM E. HADDON
United States District Court Judge