IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL LEE HANSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CASCADE COUNTY ATTORNEY'S OFFICE, CASCADE COUNTY SHERIFF'S OFFICE, and GREAT FALLS HUMANE SOCIETY,<br><br>    Defendants. | No. CV-08-53-GF-SEH<br><br>**ORDER** |

United States Magistrate Judge Keith Strong entered Findings and Recommendations in this matter on October 8, 2009, November 19, 2009, and December 1, 2009.[1] Plaintiff filed objections on October 15, 2009, November 2, 2009, November 30, 2009, and December 15, 2009.[2] The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

---

[1] Document Nos. 65, 78 and 82

[2] Document Nos. 66, 72, 79 and 83

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Motion to Amend Pleadings[3] is DENIED.

2. Defendant Great Falls Humane Society's Motion to Dismiss[4] is GRANTED.

3. All of Plaintiff's federal claims against the Defendants are DISMISSED for lack of jurisdiction.

4. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims. 28 U.S.C. § 1367(c)(3). The state law claims are DISMISSED without prejudice. The period of limitation for the state law claims is tolled from the filing of this action until January 4, 2010, unless state law provides for a longer tolling period. 28 U.S.C. § 1367(d).

5. The Clerk is directed to enter judgment accordingly.

DATED this 23rd day of December, 2009.

SAM E. HADDON
United States District Judge

---

[3] Document No. 73

[4] Document No. 74